IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL GARRICK DENSON,<br>also known as "Ice Mike,"<br><br>Defendant. | No. 23-CR-1003<br><br>**INDICTMENT**<br><br>**Count 1**<br>21 U.S.C. § 846:<br>Conspiracy to Distribute a<br>Controlled Substance<br><br>**Count 2**<br>21 U.S.C. § 841(a)(1):<br>Possession with Intent to Distribute<br>a Controlled Substance |

The Grand Jury charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

Between on or about February 2018, and continuing to on or about February 2020, in the Northern District of Iowa, defendant MICHAEL GARRICK DENSON, also known as "Ice Mike," did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, 50 grams or more of actual (pure) methamphetamine, commonly called "ice" methamphetamine, a Schedule II controlled substance, and 100 grams or more of heroin, a Schedule I

1

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).

This was in violation of Title 21, United States Code, Section 846.

## Count 2

**Possession with Intent to Distribute a Controlled Substance**

On or about July 23, 2019, in the Northern District of Iowa, defendant MICHAEL GARRICK DENSON, also known as "Ice Mike," did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

s/ _____  1/12/23
Grand Jury Foreperson    Date

TIMOTHY T. DUAX
United States Attorney

By: _____

ADAM J. VANDER STOEP
Special Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 1/12/2023
PAUL DEYOUNG, CLERK