# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) Criminal No. 23-CR-1003-CJW |
| v. | ) |
| | ) |
| MICHAEL GARRICK DENSON, | ) |
| a/k/a "Ice Mike" | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus

[✓] Ad Prosequendum      [ ] Ad Testificandum

Name of Detainee: Michael Garrick Denson    Inmate ID 6158274

Detained at: Fort Dodge Correctional Center    in the custody of Nicholas Lamb, Warden

Detainee is:
- a.) [✓] charged in this District by: [✓] Indictment [ ] Information [ ] Complaint
  Charging Detainee with:
  21 U.S.C. § 846: Conspiracy to Distribute a Controlled Substance
  21 U.S.C. § 841(a)(1): Possession with Intent to Distribute a Controlled Substance

or
- b.) [ ] a witness not otherwise available by ordinary process of the Court.

and Detainee will:
- a.) [ ] return to the custody of detaining facility upon conclusion of said proceedings.

or
- b.) [✓] be retained in federal custody until final disposition of federal charges.

Appearance is necessary on Forthwith at _____

in: [✓] Cedar Rapids    [ ] Sioux City

01/27/2023
Date

*/s/ Adam J. Vander Stoep*
Adam J. Vander Stoep
Special Assistant United States Attorney
Phone: 319-363-6333

## ORDER FOR WRIT OF HABEAS CORPUS

[✓] Ad Prosequendum      Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and at any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

January 27, 2023
Date

United States District/Magistrate Judge