In The United States District Court Northern District of Iowa

UNITED STATES, Plaintiff

v.

No. 2:23-CR-1003-CJW-MAR

MICHAEL G. DENSON, Defendants

RECEIVED MAY 17 2023 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF IOWA

## Motion For Early Presentence Report

Comes now Defendant Michael Denson, and for this motion states:

1.) Defendant Denson has been informed of the existence of pending criminal charges in the captioned case.

2.) Defendant Denson has been informed, pursuant to the U.S. Supreme Court case Class v. US, 200 L.Ed. 2d 37 (2018) that "[T]he plea of guilty is, of course, a confession of all the facts charged in the indictment, and also of the evil intent imputed to the to the defendant." (citing to Commonwealth v. Hinds, 101 Mass. 209, 210 (1869).)

3.) Defendant Denson is entitled, at the least, to enter either a plea of "guilty" or "not guilty" as he may choose on the basis of a fair and reasonably complete understanding of the nature and cause of the accusations against him.

4.) Defendant Denson is reasonably certain that he will be able to understand the charges, sufficient to enter an informed and voluntary plea, if he is given a chance to promptly and fairly confer with the appropriate US Probation Officer, in the preparation and submission to the court, of a Presentence Investigation Report (PSR).

5.) Therefore, neither the government nor the US Probation nor the administration of justice will be prejudiced or disadvantaged in any material way, by the early production of a PSR, since a PSR is virtually always eventually required.

6.) An early PSR will contribute to judicial economy, inasmuch as it gives the defendant a better understanding of the true nature and cause of the accusation, the consequences of various findings of fact, and the government's theories of the case and their factual support.

7.) Therefore, Defendant Denson is constitutionally and statutorily entitled to knowledge of ALL witnesses known or believed by the government to have knowledge of facts material to the issues in this case, including but not limited to basic facts, facts establishing jurisdiction or venue, etc.

8.) Defendant Denson has procured information presumably useful in the preparation of a PSR, based on his understanding of the general outline and the facts normally set forth in a PSR, in order to streamline the process and reduce the time and effort neccessary to produce an early PSR. Defendant Denson stands ready and willing to expedite the process, reduce the burden on U.S. Probation, etc. to the extent not unduly prejudicial to Defendant Denson's constitutional and statutory rights.

9.) Defendant Denson respectfully request advance notice, at the earliest practicable time, of any unagreed facts for which the defendant will not be permitted a determination by jury verdict, special verdict, interrogatories, or other findings of fact by the jury.

10.) Defendant Denson respectfully request guidance concerning the process and procedure for litigating disputes, should any rise, concerning findings of the PSR.

11.) Defendant Denson hereby agreed to waive speedy trial as to those days neccesary and proper for the expeditious preparation of an early PSR, including such time as the court may have deemed appropriate for either resolving, or setting the framework for resolving, disputes with respect to fair characterizations of the accusations of the indictment.

**WHEREFORE**, Defendant Denson respectfully request that this court order an early PSR, to be prepared as soon as reasonably practicable, conformably to the statutory and constitutional rights of Defendant Denson as outlined herein, and otherwise; for an order prohibiting the government from any retaliation or adverse consequences whatsoever, for the claim and exercise of any constitutional or statutory right; alternatively for prompt disclosure of all threats, retaliation, or adverse consequences that the government will or may use to "incentivize" the waiver of one or more constitutional or other legal rights whatsoever; for notice of any potential upward variance or departure, and the reasons for same, as contemplated by Irizarry v. US, 553 US 708 (2008); for notice of the procedure and means for challenging findings of the PSR; and for such other and further relief as may be appropriate whether or not specifically requested

Respectfully Submitted,

By: *[signature]*     5-16-2023
Michael G. Denson     Date:
Linn County Jail
PO Box 608
Cedar Rapids, IA - 52406

### Certificate of Service

Defendant by his signature above pursuant to 28 USC 1746 declares under penalty of perjury that on the date set forth above he placed a copy of the pleading in the jail outgoing mail receptacle, with sufficient postage attached, addressed to the clerk of court for filing and service via CM/ECF

Michael G Denson
Linn County Correctional Center
PO Box 608
Cedar Rapids, IA 52406-0608

XRAYED US MARSHALS SERVICE

US POSTAGE PITNEY BOWES
ZIP 52404 $ 000.60
02 1W
0001403505 MAY 16 2023

5-16

U.S. District Court, Northern District of Iowa
Clerk of Court

111 7th Ave SE
Cedar Rapids, IA - 52401