# In the United States District Court in the Northern District of Iowa

| | |
|---|---|
| UNITED STATES of AMERICA, Plaintiff. <br><br> v. <br><br> MICHAEL GARRICK DENSON, Defendant | No. 2:23-CR-1003-CJW <br><br> Motion for Bill of Particulars <br><br> RECEIVED <br> MAY 17 2023 <br> UNITED STATES DISTRICT COURT <br> NORTHERN DISTRICT OF IOWA |

I, Michael Denson, respectfully submits the above request for Bill of Particulars. In support, would like to submit as follows:

## Preliminary Matter

As a preliminary matter, I Michael Denson respectfully request that this motion would be construed liberally in his favor, see "HAINES v KERNER, 404 U.S. 519 (1972)

## Discussion

Defendant Denson is hereby placing in this motion for a Bill of Particulars as a pro se motion upon my counsels refusal to put this in on my behalf.

Defendant Denson is requesting to be informed of the essential facts constituting the offense charged. See FRCrP, Rule 7(c),(F).

On information and belief, essential facts constituting the offense charged would be showing in the law that the offense alleged is required to occur on land under the concurrent or exclusive legislative (territorial) jurisdiction of the federal government.

## Conclusion

Defendant Denson respectfully request documentation showing the alleged criminal activity occured in these places, which are the "essential facts" establishing the offense charged.

## Certificate of Service

Defendant by his signature above pursuant to 28 USC 1746 declares under penalty of perjury that on the date set forth below he placed a copy of this pleading in jails outgoing mail receptacle, with sufficient postage attached, addressed to the clerk of Court for filing and service CM/ECF

By: /s/ M. G. D_____    5-10-2023

Michael G. Denson
Linn Co. Jail
PO Box 608
Cedar Rapids, IA-52406

Michael A. Denson
Linn County Correctional Center
PO Box 608
Cedar Rapids, IA 52406-0608



U.S. District Court, Northern District of Iowa
Clerk of Court
111 7th Ave SE
Cedar Rapids, IA - 52401