# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL GARRICK DENSON, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 2:23-cr-1003-CJW-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold   Contract? --<br>Contact Information: -- |

| Date: | 5/22/2023 | Start: | 2:25 PM | Adjourn: | 2:29 PM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA excused | | | | | | | |
| | Defendant(s): | David E. Mullin (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | -- | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

**TYPE OF PROCEEDING:** MOTION HEARING

Contested? No   Continued from a previous date? No

| MOTION: | 1. | Motion for new counsel by Defendant | Doc. # | 18 |
|---|---|---|---|---|
| | Ruling: | Denied as moot | Order to follow? | No |
| | 2. | -- | Doc. # | |
| | Ruling: | | Order to follow? | |

Witness/Exhibit List is  --

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** Court orders that the transcript of this hearing be sealed.

Defendant informs the Court that he is no longer requesting new counsel.