5-20-2023

RECEIVED
MAY 23 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

To Whom this may concern,

I am seeking to get multiple forms, that to my knowledge I have to get from either the clerk or counsel. I have handwritten a habeas corpus petition but upon my research found that i'd have to send it in on proper forms. So this letter is requesting: (1) Habeas Corpus Petition, (2) forma Pauperis, (3) a waiver of the filing fee.

Respectfully submitted,
x Michael
Michael G. Denson

Michael G Denson
Linn County Correctional Center
PO Box 608
Cedar Rapids, IA 52406-0608

XRAYED US MARSHALS SERVICE

US POSTAGE PITNEY BOWES
ZIP 52404
02 1W $000.60
0001403505 MAY. 22. 2023

5.22.23
EB

Clerk, U.S. District Court
111 Seventh Ave SE, Box 12
Cedar Rapids, IA - 52401

524012103 C001