IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 23-cr-1003-CJW |
| vs. | **ORDER** |
| MICHAEL GARRICK DENSON, | |
| Defendant. | |

_____

Before me is correspondence from Defendant filed on July 6, 2023. (Doc. 28.) Defense counsel shall report to my chambers by July 14, 2023 whether any issue regarding discovery remains for the Court's consideration and whether defense counsel believes an *ex parte* hearing regarding the correspondence is warranted.

**IT IS SO ORDERED** this 7th day of July, 2023.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa