# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 23-cr-1003-CJW |
| vs. | **ORDER** |
| MICHAEL GARRICK DENSON, | |
| Defendant. | |

_____

My order of July 7, 2023 required counsel for Defendant to report to my chambers *ex parte* regarding Defendant's correspondence. (Docs. 28, 29.) I have ordered defense counsel's letter to be placed on the docket but accessible only to the Court. (Doc. 30.) Based on the foregoing, any request for action by the Court in Doc. 28 is denied as moot.

**IT IS SO ORDERED** this 11th day of July, 2023.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa