# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. MICHAEL GARRICK DENSON, *Defendant*. | CASE NO. 2:23-CR-1003-CJW-MAR-1 **DEFENDANT'S RESISTANCE TO GOVERNMENT'S MOTION IN LIMINE** |

Defendant Michael Garrick Denson resists the Government's motion in limine for the reasons set forth in the attached brief. (Doc. 38).

Respectfully Submitted,

  /s/ *David E. Mullin*
David E. Mullin
MULLIN & LAVERTY, PC
P.O. Box 10436
Cedar Rapids, Iowa 52410-0436
Phone:   (319) 395-9191
Fax:       (319) 483-6457
E-mail:   dmullin@mullinlaverty.com

ATTORNEYS FOR DEFENDANT
MICHAEL GARRICK DENSON

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties or attorneys of record.

  /s/ *David E. Mullin*

cc:  Michael Garrick Denson