# United States District Court
# Northern District of Iowa
# Eastern (Dubuque) Division

| | |
|---|---|
| **United States of America,** | Case No. 2:23-CR-1003-CJW-MAR-1 |
| *Plaintiff,* | |
| v. | **Defendant's Brief in Support of Resistance to Government's Motion in Limine** |
| **Michael Garrick Denson,** | |
| *Defendant.* | |

Defendant Michael Garrick Denson files his brief in support of his resistance to the Government's motion in limine. (Doc. 38).

The Government asks the Court to limit the admissibility and argument "regarding the potential penalties faced by defendant upon conviction." (Doc. 38-1). To this, Defendant responds that he has no intention of eliciting any evidence or making any argument concerning potential penalties *faced by Defendant*. However, to the extent that the Government seeks to limit cross-examination of cooperating witnesses as to *their* potential penalties, Defendant objects.

The Sixth Amendment's Confrontation Clause affords criminal defendants the right to be "confronted with the witnesses against him." U.S. Const. amend. VI. At the heart of the Clause is a defendant's opportunity to cross-examine. *Delaware v. Van Arsdall*, 475 U.S. 673, 678 (1986); *see also United States v. Wright*, 866 F.3d 899, 906 (8th Cir. 2017) ("The primary purpose of this right is to guarantee the opportunity for effective cross-examination, particularly with respect to a witness's potential bias." (citation omitted)).

Defendant proposes that during cross-examination he will ask cooperating witnesses about "his/her drug case" without reference to any statutory provision or comparison to Defendant's case. This would entail asking questions concerning their potential statutory mandatory minimum and maximum sentences as well as benefits received or hoped for, including sentencing reductions and/or charging considerations.

Witness buas is at the heart of Defendant's defense. The Eighth Circuit has recognized the sanctity of a defendant's ability to expose such bias. *See, e.g.*, *United States v. Walley*, 567 F.3d 354, 358 (8th Cir. 2009).

**WHEREFORE**, for the above reasons, the Court should deny the Government's motion in limine.

Respectfully Submitted,

*/s/ David E. Mullin*

David E. Mullin
MULLIN & LAVERTY, PC
P.O. Box 10436
Cedar Rapids, Iowa 52410-0436
Phone: (319) 395-9191
Fax: (319) 483-6457
E-mail: dmullin@mullinlaverty.com

ATTORNEYS FOR DEFENDANT
MICHAEL GARRICK DENSON

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties or attorneys of record.

*/s/ David E. Mullin*

cc: Michael Garrick Denson