# United States District Court
# Northern District of Iowa
# Eastern (Dubuque) Division

| United States of America, | Case No. 2:23-CR-1003-CJW-MAR-1 |
| *Plaintiff*, | |
| v. | **Defendant's Trial Memorandum** |
| Michael Garrick Denson, | |
| *Defendant*. | |

Defendant Michael Garrick Denson submits the following trial memorandum.

## I. Pretrial Statement as to the Status of the Case

A. This case is set for jury selection on the morning of September 11, 2023, with trial to commence that afternoon.

B. The trial estimate is 4 days.

C. Defendant is detained.

D. An interpreter is not needed.

E. Defendant has not waived a jury trial.

F. Defendant is charged with the following two crimes: **Count 1**, Conspiracy to Distribute a Controlled Substance (methamphetamine and heroin), in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 841(b)(1)(B); and **Count 2**, Possession with intent to Distribute a Controlled Substance (heroin), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## II. Evidentiary Issues

A. Defendant's Motion in Limine

On August 18, 2023, Defendant filed a motion in limine. (Doc. 39). The Government filed its resistance on August 25, 2023. (Doc. 42).

B. Stipulations and Exhibits

   1. Stipulations

   There are no stipulations.

2. Exhibits

The parties will list and exchange exhibits and confer regarding the admissibility of exhibits in accordance with the Court's Trial Management Order. (Doc. 13).

3. Witnesses

The Government has provided Defendant with a tentative witness list. Defendant likely will not call any witnesses.

## III. Jury Instructions

The parties have filed proposed jury instructions. (Doc. 46). The Court filed proposed jury instructions. (Doc. 49). Defendant has filed objections to the Court's jury instructions. (Doc. 51).

## IV. Experts

Defendant does not intend to call any expert witnesses at trial.

## V. Conclusion

Defendant anticipates that this case will proceed to trial and will not be resolved by a plea.

Respectfully Submitted,

*/s/ David E. Mullin*

David E. Mullin
Mullin & Laverty, pc
P.O. Box 10436
Cedar Rapids, Iowa 52410-0436
Phone: (319) 395-9191
Fax: (319) 483-6457
E-mail: dmullin@mullinlaverty.com

Attorneys for Defendant
Michael Garrick Denson

### Certificate of Service

I hereby certify that on September 1, 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties or attorneys of record.

*/s/ David E. Mullin*

cc: Michael Garrick Denson